Brian F. Rowe, CA Bar #168792
Brian.Rowe@Wellpoint.com
21555 Oxnard St., First Floor Legal
Woodland Hills, California 91367
PH:  (818) 234-2823
FAX: (818) 234-4505

Attorneys for Defendant
Blue Cross of California

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACI GRISCHOTT, an individual, ) CASE NO. C 07 3400 JL
)
    Plaintiff, ) NOTICE OF FILING NOTICE OF
) REMOVAL
vs. )
)
BLUE CROSS OF CALIFORNIA, a )
corporation, and DOES 1 through 25, )
inclusive, )
)
    Defendant. )
_____)

TO PLAINTIFF TRACI GRISHOTT AND TO HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Blue Cross of California ("Blue Cross") has filed in the United States District Court for the Northern District of California, its Notice of Removal of Civil Action to the United States District Court,

1

1  a copy of which is served upon you concurrently herewith.

2      PLEASE ALSO TAKE NOTICE that a copy of the Notice of Removal
3  is being filed with the Clerk of the Superior Court of the State of California in and for
4  the County of San Francisco, 400 McAllister St., San Francisco, California 94102.

6  Dated: June 27, 2007          Legal Department
7                                    BLUE CROSS OF CALIFORNIA

10                       By:   /s/ Brian F. Rowe
                              BRIAN F. ROWE
11                               Attorneys for Defendant
12                               BLUE CROSS OF CALIFORNIA

NOTICE OF FILING NOTICE OF REMOVAL
N:\LEGAL\WPWIN\LIT\LL070715\notfile.doc

## PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              )
COUNTY OF LOS ANGELES         )

I, Shelley Brinkman, am over the age of eighteen years and not a party to the within entitled action; my business address is 21555 Oxnard Street, First Floor, Woodland Hills, CA 91367.

On June 27, 2007, I served a copy(ies) of the following document(s): **NOTICE OF FILING NOTICE OF REMOVAL** on the party(ies) in this action by the method(s) indicated below:

Mark L. Webb, Esq.
LAW OFFICES OF MARK L. WEBB
294 Page Street
San Francisco, CA 94102
Phone: (415) 621-4500
Attorney for Plaintiff
TRACI GRISHOTT

X   **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of BLUE CROSS OF CALIFORNIA, Woodland Hills, California. I am readily familiar with BLUE CROSS OF CALIFORNIA's practice for collection and processing of correspondence for mailing with the United States Postal Services, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Services the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 27, 2007, at Woodland Hills, California.

*/s/ Shelley Brinkman*
SHELLEY BRINKMAN