1  Brian F. Rowe, CA Bar #168792
2  Brian.Rowe@Wellpoint.com
   21555 Oxnard St., First Floor Legal
3  Woodland Hills, California 91367
4  PH:  (818) 234-2823
   FAX: (818) 234-4505
5

6  Attorneys for Defendant
   Blue Cross of California                    E-filing
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  TRACI GRISCHOTT, an individual,  ) CASE NO.
                                     )
14                                   )
              Plaintiff,             ) CERTIFICATION AS TO THE
15                                   ) INTERESTED PARTIES
       vs.                           )
16                                   )
                                     )
17  BLUE CROSS OF CALIFORNIA, a      )
    corporation, and DOES 1 through 25, )
18  inclusive,                       )
                                     )
19                                   )
              Defendant.             )
20                                   )
21  _____)

22

23     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24     The undersigned, counsel of record for defendant Blue Cross of California,

25  certifies that the following listed parties have a direct, pecuniary interest in the

26  outcome of this case. The representations are made to enable the Court to evaluate

27  possible disqualification or recusal.

28                                    1

---
CERTIFICATION AS TO THE INTERESTED PARTIED
N:\LEGAL\WPWIN\LIT\LL070715\cert.doc

1. WellPoint, Inc. which is the parent corporation of Blue Cross of California,

2. AIG – Errors and omissions carrier for Blue Cross.

Dated: June 22, 2007

Legal Department
BLUE CROSS OF CALIFORNIA

By: _____
BRIAN F. ROWE
Attorneys for Defendant
BLUE CROSS OF CALIFORNIA

2

CERTIFICATION AS TO THE INTERESTED PARTIED

N:\LEGAL\WPWIN\LIT\LL070715\cert.doc

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     )
COUNTY OF LOS ANGELES )

I, Shelley Brinkman, am over the age of eighteen years and not a party to the within entitled action; my business address is 21555 Oxnard Street, First Floor, Woodland Hills, CA 91367.

On June 27, 2007, I served a copy(ies) of the following document(s): **CERTIFICATION AS TO THE INTERESTED PARTIES** on the party(ies) in this action by the method(s) indicated below:

Mark L. Webb, Esq.
LAW OFFICES OF MARK L. WEBB
294 Page Street
San Francisco, CA 94102
Phone: (415) 621-4500
Attorney for Plaintiff
TRACI GRISHOTT

X   **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of BLUE CROSS OF CALIFORNIA, Woodland Hills, California. I am readily familiar with BLUE CROSS OF CALIFORNIA's practice for collection and processing of correspondence for mailing with the United States Postal Services, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Services the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 27, 2007, at Woodland Hills, California.

*Shelley Brinkman*
SHELLEY BRINKMAN

3