1  Brian F. Rowe, CA Bar #168792
2  Brian.Rowe@Wellpoint.com
   21555 Oxnard St., First Floor Legal
3  Woodland Hills, California 91367
4  PH:  (818) 234-2823
   FAX: (818) 234-4505
5

6  Attorneys for Defendant
   Blue Cross of California
7

8

9              UNITED STATES DISTRICT COURT

10
               NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | TRACI GRISCHOTT, an individual,   ) CASE NO. C 07-03400 JL
14 |                                   )
   |        Plaintiff,                 ) PROOF OF SERVICE
15 |                                   )
16 |   vs.                             )
   |                                   )
17 | BLUE CROSS OF CALIFORNIA, a       )
18 | corporation, and DOES 1 through 25,)
   | inclusive,                        )
19 |                                   )
20 |        Defendant.                 )
                                       )
21  _____

22

23  ///

24  ///

25  ///

26  ///

27  ///
                            1
28 _____

                     PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Shelley Brinkman, am over the age of eighteen years and not a party to the within entitled action; my business address is 21555 Oxnard Street, First Floor, Woodland Hills, CA 91367.

On July 10, 2007, I served a copy of the following document(s) on the party in this action by the method indicated below:

1. U.S. District Court Northern California ECF Registration Information Handout

2. Order Setting Initial Case Management Conference and ADR Deadlines

3. Welcome to the U.S. District Court, San Francisco

4. Civil Cover Sheet /Notice of Filing Notice of Removal

5. Notice of Removal of Civil Action to United States District Court

6. Certification as to the Interest Parties

7. ADR Dispute Resolution Procedures in the Northern District of California

///

///

///

2

PROOF OF SERVICE

N:\LEGAL\WPWIN\LIT\LL070715\pospld.doc

Mark L. Webb, Esq.

LAW OFFICES OF MARK L. WEBB

294 Page Street

San Francisco, CA 94102

Attorney for Plaintiff

TRACI GRISHOTT

X    **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of BLUE CROSS OF CALIFORNIA, Woodland Hills, California. I am readily familiar with BLUE CROSS OF CALIFORNIA's practice for collection and processing of correspondence for mailing with the United States Postal Services, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Services the same day as it is placed for collection.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 10, 2007, Woodland Hills, California.

*Shelley Brinkman*
SHELLEY BRINKMAN

3

PROOF OF SERVICE