Brian F. Rowe, CA Bar #168792
Brian.Rowe@Wellpoint.com
21555 Oxnard St., First Floor Legal
Woodland Hills, California 91367
PH:  (818) 234-2823
FAX: (818) 234-4505

Attorneys for Defendant
Blue Cross of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI GRISCHOTT, an individual, | CASE NO.  C 07-03400 JL |
| Plaintiff, | AMENDED PROOF OF SERVICE |
| vs. | |
| BLUE CROSS OF CALIFORNIA, a corporation, and DOES 1 through 25, inclusive, | |
| Defendant. | |

1

# AMENDED PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I, Odette Melero, am over the age of eighteen years and not a party to the within entitled action; my business address is 21555 Oxnard Street, First Floor, Woodland Hills, CA 91367.

On July 23, 2007, I served a copy of the following document(s) on the party in this action by the method indicated below:

1. U.S. District Court Northern California ECF Registration Information Handout

2. Order Setting Initial Case Management Conference and ADR Deadlines

3. Welcome to the U.S. District Court, San Francisco

4. Civil Cover Sheet /Notice of Filing Notice of Removal

5. Notice of Removal of Civil Action to United States District Court

6. Certification as to the Interest Parties

7. ADR Dispute Resolution Procedures in the Northern District of California

///

///

///

2

AMENDED PROOF OF SERVICE

N:\legal\wpwin\lit\ll070715\pospld2.doc

1  Mark L. Webb, Esq.
2  LAW OFFICES OF MARK L. WEBB
3
4  414 Gough Street, Suite 2
5  San Francisco, CA  94102
6  Attorney for Plaintiff
7
8  TRACI GRISHOTT
9

10  X     **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by
11
12  following the ordinary business practices of BLUE CROSS OF CALIFORNIA,
13  Woodland Hills, California.  I am readily familiar with BLUE CROSS OF
14
15  CALIFORNIA's practice for collection and processing of correspondence for mailing
16  with the United States Postal Services, said practice being that, in the ordinary course
17  of business, correspondence with postage fully prepaid is deposited with the United
18
19  States Postal Services the same day as it is placed for collection.
20      I declare under penalty of perjury under the laws of the State of California that
21  the foregoing is true and correct, and that this declaration was executed on July 23,
22
23  2007, Woodland Hills, California.
24

25                              /s/_____
26                              ODETTE MELERO
27
28                              3

AMENDED PROOF OF SERVICE

N:\legal\wpwin\lit\ll070715\pospld2.doc