1  Mark L. Webb, Esq.

2  LAW OFFICES OF MARK L. WEBB

3

4  414 Gough Street, Suite 2

5  San Francisco, CA 94102

6  Attorney for Plaintiff

7

8  TRACI GRISHOTT

9

10  X  **(BY MAIL)** I placed the sealed envelope(s) for collection and mailing by
11
12  following the ordinary business practices of BLUE CROSS OF CALIFORNIA,

13  Woodland Hills, California. I am readily familiar with BLUE CROSS OF

14  CALIFORNIA's practice for collection and processing of correspondence for mailing
15
16  with the United States Postal Services, said practice being that, in the ordinary course

17  of business, correspondence with postage fully prepaid is deposited with the United

18  States Postal Services the same day as it is placed for collection.
19
20  I declare under penalty of perjury under the laws of the State of California that

21  the foregoing is true and correct, and that this declaration was executed on July 23,

22  2007, Woodland Hills, California.
23

24

25                                                  _____
26                                                  ODETTE MELERO

27

28                                        3

PROOF OF SERVICE

N:\legal\wpwin\lit\ll070715\pospld2.doc