UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY GRISCHOTT,                                       No. C 07 - 3400  JL

       Plaintiff,

  v.                                                              CONSENT TO PROCEED BEFORE
                                                                             UNITED STATES MAGISTRATE JUDGE
BLUE CROSS OF CALIFORNIA, ET AL.,

       Defendants.
_____/

     In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____                           _____

                                                                 Signature

                                                                 Counsel for _____

                                                                 _____

CONSENT                                    1

*United States District Court — For the Northern District of California*