United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY GRISCHOTT,<br><br>             Plaintiff,<br><br>     v.<br><br>BLUE CROSS OF CALIFORNIA, et al.,<br><br>             Defendants.<br>_____/ | No. C 07-3400 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

     The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____          _____
                                       Signature


                                       Counsel for _____
                                       _____

REQUEST                                1