Brian F. Rowe, CA Bar #168792
Brian.Rowe@Wellpoint.com
21555 Oxnard St., First Floor Legal
Woodland Hills, California 91367
PH:  (818) 234-2823
FAX: (818) 234-4505

Attorneys for Defendant
Blue Cross of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI GRISCHOTT, an individual, | CASE NO. 03:07-CV-03400-JL |
| Plaintiff, | STIPULATION FOR DISMISSSAL AND [PROPOSED] ORDER |
| vs. | FRCP RULE 41 |
| BLUE CROSS OF CALIFORNIA, a corporation, and DOES 1 through 25, inclusive, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to dismiss this action with prejudice and request that all due dates and hearing dates be taken off calendar.

Dated:  October 1, 2007        /s/Mark L. Webb
                               Mark L. Webb, Esq.
                               Attorneys for Plaintiff
                               TRACI GRISCHOTT

1

1 | Dated: October 1, 2007        /s/Brian F. Rowe
2 |                                     Brian F. Rowe
                                    Attorneys for Defendant
                                    BLUE CROSS OF CALIFORNIA

**IT IS SO ORDERED.**        _____
**HONORABLE JAMES LARSON**
**U.S. DISTRICT COURT JUDGE**

---

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
N:\LEGAL\WPWIN\LIT\LL070715\Stipdismis.doc